IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HELLY HANSEN AS, a Norway limited company,<br><br>                                Plaintiff,<br><br>     v.<br><br>OFF-WHITE LLC, an Illinois limited liability company,<br><br>                                Defendant. | Case No. 1:18-cv-04755<br><br>Honorable Thomas M. Durkin |

## PLAINTIFF'S FIRST AMENDED NOTIFICATION OF AFFILIATES

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, Plaintiff Helly Hansen AS, by and through its undersigned counsel, files this first amended notification of affiliates as a result of a recent corporation transaction. Helly Hansen AS is now wholly owned by Canadian Tire Corporation, Limited, a Canadian Corporation. Canadian Tire Corporation is a publicly traded corporation that has no parent corporation and that has no entity owning more than 5% of the corporation.

Dated this 16th day of August, 2018.

Respectfully submitted,

/s/ Christopher J. Fahy
Christopher J. Fahy, ISBA # 6286130
K&L Gates LLP
70 W. Madison St., Suite 3100
Chicago, IL 60602
(312) 807-4324
christopher.fahy@klgates.com

Pam Kohli Jacobson (admitted *pro hac vice*)
Christopher M. Wyant (admitted *pro hac vice*)
Aaron E. Millstein (admitted *pro hac vice*)
Michael W. Meredith (admitted *pro hac vice*)
K&L Gates LLP
925 4th Avenue #2900

Seattle, WA 98104
(206) 623-7580
pam.jacobson@klgates.com
chris.wyant@klgates.com
aaron.millstein@klgates.com
michael.meredith@klgates.com

*Attorneys for Plaintiff Helly Hansen AS*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2018, I electronically filed the foregoing PLAINTIFF'S FIRST AMENDED NOTIFICATION OF AFFILIATES with the Clerk of the Court using the CM/ECF system, which will send notification of such filing upon all counsel of record.

DATED this 16th day of August, 2018.

/s/ Christopher J. Fahy
Christopher J. Fahy