# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| HELLY HANSEN AS, a Norway limited company, <br><br> Plaintiff, <br><br> v. <br><br> OFF-WHITE LLC, an Illinois limited liability company, <br><br> Defendant. | Case No. 1:18-cv-04755 <br><br> Honorable Thomas M. Durkin |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on November 1, 2018, at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel for Plaintiff Helly Hansen AS shall appear before the Honorable Judge Thomas M. Durkin or any Judge sitting in his stead, in Room 1441 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and present its Motion to Compel Defendant to Produce ESI Pursuant to the Court's Mandatory Initial Discovery Pilot Project Standing Order in the above-captioned case.

Dated this 29th day of October, 2018.

                                            Respectfully submitted,
                                            K&L GATES LLP

                                            By: /s/ Pam K. Jacobson
                                            Pam K. Jacobson, admitted *pro hac vice*
                                            Christopher M. Wyant, admitted *pro hac vice*
                                            Aaron Millstein, admitted *pro hac vice*
                                            Michael W. Meredith, admitted *pro hac vice*
                                            K&L GATES LLP
                                            925 Fourth Avenue, Suite 2900
                                            Seattle, WA 98104-1158
                                            Telephone: (206) 623-7580
                                            Facsimile: (206) 623-7022
                                            pam.jacobson@klgates.com
                                            chris.wyant@klgates.com
                                            aaron.millstein@klgates.com

michael.meredith@klgates.com

Christopher J. Fahy, ISBA # 6286130
K&L GATES LLP
70 West Madison Street, Suite 3100
Chicago, IL 60602-4207
Telephone: (312) 807-4324
Facsimile: (312) 827-8000
christopher.fahy@klgates.com

*Attorneys for Plaintiff*
*Helly Hansen AS*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2018, 2018, I electronically filed the foregoing NOTICE OF MOTION with the Clerk of the Court using the CM/ECF system, which will send notification of such filing upon all counsel of record.

    DATED this 29th day of October, 2018.

/s/ Pam K. Jacobson  
Pam K. Jacobson
