UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HELLY HANSEN AS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>OFF-WHITE LLC; and OFF-WHITE OPERATING S.R.L.,<br><br>　　　　　Defendants. | Case No. 1:18-cv-04755<br><br>Honorable Thomas M. Durkin |

**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE
AND MOTION TO VACATE ALL DEADLINES**

Plaintiff Helly Hansen AS, and Defendants Off-White LLC and Off-White Operating S.R.L., by their attorneys, hereby notify the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing a Settlement Agreement ("Agreement") and Stipulated Dismissal. The parties intend to finalize the Agreement as soon as practicable, but respectfully request 60 days to do so. Accordingly, the parties request that the Court vacate all deadlines as set forth in the August 27, 2019 Minute Order and including the February 4, 2020 status hearing.

Dated this 30th day of January, 2020.　　　　　Respectfully submitted,

| | |
|---|---|
| **K&L GATES LLP** | **EPSTEIN DRANGEL LLP** |
| /s/ Christopher J. Fahy<br>Christopher J. Fahy (Bar No. 6286130)<br>70 West Madison Street, Suite 3100<br>Chicago, IL 60602-4207<br>Phone:  (312) 807-4324<br>Fax:  (312) 827-8000<br>christopher.fahy@klgates.com | /s/ Jason M. Drangel<br>Jason M. Drangel<br>jdrangel@ipcounselors.com<br>William C. Wright<br>bwright@ipcounselors.com<br>Ashly E. Sands<br>asands@ipcounselors.com |

1

Pam K. Jacobson, (*pro hac vice*)
Michael W. Meredith, (*pro hac vice*)
925 4th Ave., Suite 2900
Seattle, WA 98104
Phone: (206) 370-7605
pam.jacobson@klgates.com
michael.meredith@klgates.com

*Attorneys for Plaintiff Helly Hansen AS*

Kerry B. Brownlee
kbrownlee@ipcounselors.com
60 East 42nd Street, Suite 2520
New York, NY 10165
Tel: 212-292-5390
Fax: 212-292-5391

*Attorneys for Defendant Off-White LLC*
*Pro Hac Vice*

**BELLIZIO + IGEL**

Brian Igel
bigel@bilawfirm.com
One Grand Central Place
305 Madison Avenue, 40th Floor
New York, New York 10165
Tel.: 212-873-0250
Fax: 646-395-1585

*Attorney for Defendant Off-White LLC*
*Pro Hac Vice*

**MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.**

Jeffrey M. Drake
drakej@millercanfield.com
Manuel J. Placencia
placencia@millercanfield.com
225 West Washington Street, Suite 2600
Chicago, Illinois 60606
Tel.: 312-460-4200
Fax: 312-460-4201

*Attorneys for Defendant Off-White LLC*